# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00979-OES

CHRISTOPHER JUDE SZKUTAK,

    Plaintiff,

v.

UNKNOWN DEFENDANT #1,
UNKNOWN DEFENDANT #2, and
UNKNOWN DEFENDANT #3, in their individual and official capacities,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 26 2005

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

On July 11, 2005, the Court directed Plaintiff to amend and to attempt to obtain some identifying information regarding the Unknown Defendants, at least the guard numbers for each of the Defendants. On August 9, 2005, Plaintiff filed with the Court a "Motion for Extension of Time in a 1983 Civil Action." In the Motion, he requests an extension of time to amend his Complaint as he was directed to do by the Court

Although Plaintiff now has failed to comply with the Court's July 11 Order within the time allowed, the Court will grant Plaintiff an additional thirty days, from the date of the instant Minute Order, to amend and to provide identifying information regarding the Unknown Defendants.

September 26, 2005

---

Copies of this Minute Order mailed on September 26, 2005, to the following:

Christopher Jude Szkutak
Prisoner No. 104221
Limon Correctional Facility
49030 State Hwy. 71, Cty. Rd. 3C
Limon, CO 80826

                                                     Secretary/Deputy Clerk