IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00979-OES

CHRISTOPHER JUDE SZKUTAK,

    Plaintiff,

v.

UNKNOWN DEFENDANT #1,
UNKNOWN DEFENDANT #2, and
UNKNOWN DEFENDANT #3,

    Defendants.

---

ORDER TO VACATE JULY 11, 2005, ORDER AND TO DIRECT COMPLAINT AND ACTION DRAWN TO DISTRICT JUDGE AND TO MAGISTRATE JUDGE

---

On July 11, 2005, the Court directed Plaintiff to amend the Complaint and provide sufficient information regarding the identity of Unknown Defendants 1-3. Plaintiff was given two extensions of time to comply with the Court's July 11 Order. On October 20, Plaintiff filed a Letter with the Court stating he is not able to access the information that the Court has directed him to obtain, as he is incarcerated in the Colorado State Penitentiary.

Although Plaintiff has failed to comply with the Court's July 11 Order, the Court will refrain from dismissing the Complaint and action, vacate the July 11, Order, and order the claims asserted against the Unknown Defendants drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the Court's July 11, 2005, Order is vacated. It is

FURTHER ORDERED that the claims asserted against Unknown Defendants 1-3, who were working at 10:00 a.m., June 27, 2003, at the Denver City Jail at 1331 Cherokee Street, Denver, Colorado, and were responsible for booking Mr. Christopher Jude Szkutak into the Denver City on that morning, shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 28 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00979-OES

Christopher Jude Szkutak
Prisoner No. 104221
CSP – B2-25
PO Box 777
Canon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/28/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk