IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00979-WYD-MJW

CHRISTOPHER JUDE SZKUTAK,

    Plaintiff,

v.

DEPUTY WILLIAM BENNETT;
DEPUTY JAIME KAFATI;
DEPUTY MATTHEW CUSHING;
DEPUTY DICK MONTOYA; AND
DEPUTY JAMISON BROWN,

    Defendants.

---

### ORDER
( Docket # 62 )

Before me is Defendants' Unopposed Motion for Leave to Depose Plaintiff Christopher Jude Szkutak at the Colorado State Penitentiary Pursuant to Fed.R.Civ.P. 30(a)(2), filed by Counsel for Defendants Deputy William Bennett, Deputy Jaime Kafati, Deputy Matthew Cushing, Deputy Dick Montoya, and Deputy Jamison Brown, on October 19, 2006. Pursuant to Rule 30(a)(2), leave of court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff Christopher Jude Szkutak is presently incarcerated by the State of Colorado at the Colorado State Penitentiary in Canon City, Colorado.

The Court finds that the discovery sought by Defendants through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Rule 26(b)(2) Fed.R.Civ.P. would not apply. Further the ends of justice would be served by the scheduling of the deposition at the earliest possible date.

Accordingly, it is **ORDERED** that Defendants' Unopposed Motion for Leave to Depose Plaintiff Christopher Jude Szkutak filed on October 19, 2006, is **GRANTED**. Defendants are authorized to take Plaintiff's deposition on November 16, 2006, commencing at approximately 12:00 p.m. and continuing for approximately four hours, at the Colorado State Penitentiary, Canon City, Colorado, subject to all rules and regulations which prison officials may impose in connection with their accommodation of the deposition.

Dated this 20th day of October, 2006.

BY THE COURT:

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**