IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00979-WYD-MJW

CHRISTOPHER JUDE SZKUTAK,

   Plaintiff,

v.

DEPUTY WILLIAM BENNETT; DEPUTY
JAIME KAFATI; DEPUTY MATTHEW
CUSHING; DEPUTY DICK MONTOYA;
AND DEPUTY JAMISON BROWN,

   Defendants.

---

## ~~PROPOSED~~ ORDER REGARDING UNOPPOSED MOTION TO VACATE COURT-ORDERED SHOW CAUSE/STATUS HEARING
( Dickes Po 67 )

---

THIS MATTER, coming before the Court on the Unopposed Motion to Vacate Court-Ordered Show Cause/Status Hearing, and the Court having reviewed the case file, the applicable law, and being otherwise fully advised in the premises, it is hereby:

ORDERED that the Unopposed Motion to Vacate Court-Ordered Show Cause/Status Hearing is hereby **GRANTED** and the Show Cause/Status Hearing set for October 27, 2006, at 10:30 a.m. is vacated.

DATED this 24th day of October, 2006.

BY THE COURT:

_____
United States Magistrate Judge
Michael J. Watanabe

1970158.1