IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00979-WYD-MJW

CHRISTOPHER JUDE SZKUTAK,

        Plaintiff,

v.

DEPUTY WILLIAM BENNETT; DEPUTY
JAIME KAFATI; DEPUTY MATTHEW
CUSHING; DEPUTY DICK MONTOYA;
AND DEPUTY JAMISON BROWN,

        Defendants.

**(Proposed) ORDER GRANTING MOTION TO ALLOW PLAINTIFF TO SUBSTITUTE RESPONSES TO DEFENDANT'S RESPECTIVE MOTION TO DISMISS AND MOTION FOR JUDGMENT ON THE PLEADINGS** (Docket No. 73)

THE COURT, having reviewed the Motion to Allow Plaintiff to Substitute Responses to Defendants' Respective Motion to Dismiss and Motion for Judgment on the Pleadings, and being fully advised in the premises,

Hereby ORDERS that Plaintiffs Motion is granted.

Dated this 6th day of November, 2006.

BY THE COURT:

_____
Magistrate Judge Michael J. Watanabe

1975794.1