IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-00979-WYD-MJW

CHRISTOPHER JUDE SZKUTAK,

Applicant,

v.

UNKNOWN DEFENDANT #1; et al.,

Respondents.

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 79) is GRANTED. The written Protective Order is APPROVED as amended in paragraph 12 and made an Order of Court.

Date: December 1, 2006