IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00979-WYD-MJW

CHRISTOPHER JUDE SZKUTAK,

      Plaintiff,

v.

DEPUTY WILLIAM BENNETT;
DEPUTY JAIME KAFATI;
DEPUTY MATTHEW CUSHING;
DEPUTY DICK MONTOYA; AND
DEPUTY JAMISON BROWN,

      Defendants.

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE** (Docket No. 84)

---

THIS MATTER, coming before the Court on Defendants' Unopposed Motion to Vacate Settlement Conference, and the Court having reviewed the case file and being otherwise fully advised in the premises, it is hereby:

ORDERED that Defendants' Unopposed Motion to Vacate Settlement Conference is hereby **GRANTED**, and the Settlement Conference set on January 18, 2007, at 10:00 am is vacated.

DATED this 12th day of January, 2007.

                BY THE COURT:

                /s/ Michael J. Watanabe
                Michael J. Watanabe, U.S. Magistrate Judge