IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.** 05-cv-00979-WYD-MJW

CHRISTOPHER JUDE SZKUTAK,

        Plaintiff,

v.

DEPUTY WILLIAM BENNETT; DEPUTY JAIME KAFATI; DEPUTY MATTHEW CUSHING; DEPUTY DICK MONTOYA; AND DEPUTY JAMISON BROWN,

        Defendants.

**ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO MODIFY EXPERT WITNESS DESIGNATIONS**

**(DN 87)**

THIS MATTER, coming before the Court on Plaintiff's Unopposed Motion to Amend Scheduling Order to Modify Expert Witness Designations, and the Court having reviewed the case file and being otherwise fully advised in the premises, it is hereby:

ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order to Modify Expert Witness Designations is hereby **GRANTED**. The parties shall make their respective expert designations as follows:

- Plaintiffs' Fed. R. Civ. P. 26(a)(2) expert destinations on or before March 28, 2007;

- Defendants' Fed. R. Civ. P. 26(a)(2) rebuttal expert designations on or before April 27, 2007;

- Plaintiff's Fed. R. Civ. P. 26(a)(2) rebuttal expert designations on or before May 18, 2007.

2

DATED this 20th Day of February, 2007.

BY THE COURT:

s/Michael J Watanabe
Michael J. Watanabe

U.S. Magistrate Judge